IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2002, MORGAN STANLEY ABS CAPITAL I INC. TRUST 2002-HE3 | CASE NUMBER:1:12-cv-699 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| MAURICE D. WALTON, VALDA WALTON, | MAGISTRATE JUDGE: Young B. Kim |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Respectfully submitted,

\_\_/s/ James N. Pappas_____
One of Plaintiff's Attorneys

James N. Pappas  # 6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313